**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Trenton, NJ**

JOSE CACERES

                Plaintiff,

v.                                   Case No.: 3:21−cv−13548−MAS−JBD

                                         Judge Michael A. Shipp

XYLOCOPA, LLC, et al.

                Defendant.

### Order For Dismissal Pursuant to L.Civ.R. 41.1(a)

   It appearing that the above captioned action having been pending for more than 90 days without any proceeding having been taken during this time and good cause having not been shown as to why this action should not be dismissed;

**IT IS** on this 3rd day of December, 2025,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to L.Civ.R. 41.1(a), without prejudice and without costs.

                              /s/ Michael A. Shipp
                              _____
                              MICHAEL A. SHIPP United States District Judge